```
 1  Frank A. Silane (State Bar No.: 90940)
    Jennifer J. Johnston (State Bar No.: 125737)
 2  Richard A. Lazenby (State Bar No.: 202105)
    CONDON & FORSYTH LLP
 3  1901 Avenue of the Stars, Suite 850
    Los Angeles, California 90067-6010
 4  Telephone: (310) 557-2030
    Facsimile:  (310) 557-1299
 5  Email: fsilane@condonlaw.com
    Email: jjohnston@condonlaw.com
 6  Email: rlazenby@condonlaw.com

 7  Attorneys for Defendants
    AEROVIAS DE MEXICO, S.A. DE C.V. and
 8  AEROMEXICO CONNECT

 9      - and -

10  Frank M. Pitre (State Bar No.: 100077)
    Niki B, Okcu (State Bar No.: 229345)
11  COTCHETT, PITRE & McCARTHY, LLP
    San Francisco Airport Office Center
12  840 Malcolm Road, Suite 200
    Burlingame, California 94010
13  Telephone: (650) 697-6000
    Facsimile:  (650) 697-0577
14  Email: fpitre@cpmlegal.com
    Email: nokcu@cpmlegal.com
15
    Attorneys for Plaintiffs
16  FELIPE MONTES and ISABEL MONTES
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MONTES, an individual; and ISABEL MONTES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AERORÍAS DE MÉXICO, S.A. DE C.V., operating as AEROMEXICO, a foreign corporation; and AEROMEXICO CONNECT, a foreign corporation,<br><br>Defendants. | Case No. C 10-05194 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION CUT-OFF DATE** |

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND
MEDIATION CUT-OFF DATE
CASE NO.: C 10-05194 RS

LAOFFICE 13699V.1

1   Plaintiffs Felipe Montes and Isabel Montes and Defendants Aerovias De
2   Mexico, S.A. de C.V. and Aeromexico Connect, through their respective attorneys
3   of record, agree and stipulate as follows:
4   WHEREAS, the parties have selected mediation under the Court's Local
5   Rules for Alternative Dispute Resolution;
6   WHEREAS, the Court conducted a Case Management Conference and
7   entered a Case Management Scheduling Order on March 10, 2011, ordering the
8   matter be referred to panel mediation to be completed within one hundred and
9   twenty (120) days, if possible  (see Case Management Scheduling Order, attached
10  as Exhibit "A");
11  WHEREAS, July 8, 2011, is the mediation completion cut-off date under the
12  Court's Case Management Conference;
13  WHEREAS, the Court has assigned Ellen S. James of JAMS, San Francisco,
14  as the Mediator (see Notice of Appointment of Mediator, attached as Exhibit "B");
15  WHEREAS, due to calendaring conflicts in the calendars of the attorneys for
16  the parties and the Mediator, the earliest date that the mediation can be scheduled
17  is September 26, 2011; and
18  WHEREAS, the parties have reserved the date of September 26, 2011, for a
19  mediation before the assigned Mediator (see notice setting date for mediation,
20  attached as Exhibit "C");
21  / /
22  / /
23  / /
24  / /
25  / /
26  / /
27  / /
28  / /

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

The parties hereby stipulate to and respectfully request the Court for an order of a continuance of the mediation completion cut-off date from July 8, 2011, to September 26, 2011.

**IT IS SO STIPULATED.**

Dated: April 19, 2011                CONDON & FORSYTH LLP

                                     By: _____
                                         FRANK A. SILANE
                                         JENNIFER J. JOHNSTON
                                         RICHARD A. LAZENBY
                                         Attorneys for Defendants
                                         AEROVIAS DE MEXICO, S.A. DE C.V.
                                         and AEROMEXICO CONNECT

Dated: April 15, 2011                COTCHETT, PITRE & McCARTHY, LLP

                                     By: _____
                                         FRANK M. PITRE
                                         NIKI B. OKCU
                                         Attorneys for Plaintiffs
                                         FELIPE MONTES and ISABEL MONTES

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown for the continuance of the mediation completion cut-off date, it is hereby ordered that the mediation completion cut-off date is continued to September 26, 2011.

**IT IS SO ORDERED.**

Dated: April 18, 2011                _____
                                     Honorable Richard Seeborg
                                     United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030