1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION
9

| | |
|---|---|
| FELIPE MONTES, an individual; and<br>ISABEL MONTES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AERORIAS DE MEXICO, S.A. DE C.V.,<br>operating as AEROMEXICO, a foreign<br>corporation; and AEROMEXICO CONNECT,<br>a foreign corporation,<br><br>Defendants. | Case Number C 10-05194 RS (NC)<br><br>**ORDER RE: APPLICATION FOR THE ISSUANCE OF LETTERS OF REQUEST FOR THE EXAMINATION OF WITNESSES IN MEXICO PURSUANT TO THE HAGUE EVIDENCE CONVENTION (FELIPE RAMIREZ HERNANDEZ AND GEORGINA BALLO SEGURA)**<br><br>(Re: Docket Nos. 36, 37) |

   This Court has reviewed Plaintiffs' Applications for the Issuance of Letter Requests for the Examination of Witnesses Felipe Ramirez Hernandez (Docket No. 36) and Georgina Ballo Segura (Docket No. 37) in Mexico. The Parties advised in a Further Joint Case Management Conference Statement filed August 29, 2011 (Docket No. 40 at p. 4) that as to the Applications, "Defendants will be submitting objections to certain questions which plaintiffs have proposed to pose to the witnesses."

Case No. C 10-05194 RS (NC)
ORDER RE: APPLICATIONS FOR LETTERS OF REQUEST FOR THE EXAMINATION OF WITNESSES IN MEXICO

IT IS ORDERED that defendants shall file on or before September 2, 2011, either objections to the Applications (Docket Nos. 36 & 37) or a statement of non-opposition.

Dated: August 30, 2011

_____
NATHANAEL COUSINS
United States Magistrate Judge

2

Case No. C 10-05194 RS (NC)
ORDER RE: APPLICATIONS FOR LETTERS OF REQUEST FOR THE EXAMINATION OF WITNESSES IN MEXICO