# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIPE MONTES, an individual; and ISABEL MONTES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AERORIAS DE MEXICO, S.A. DE C.V., operating as AEROMEXICO, a foreign corporation; and AEROMEXICO CONNECT, a foreign corporation,<br><br>Defendants. | Case Number C 10-05194 RS (NC)<br><br>**ORDER GRANTING APPLICATIONS FOR THE ISSUANCE OF LETTERS OF REQUEST FOR THE EXAMINATION OF WITNESSES IN MEXICO PURSUANT TO THE HAGUE EVIDENCE CONVENTION (WITNESSES FELIPE RAMIREZ HERNANDEZ AND GEORGINA BALLO SEGURA)**<br><br>(Re: Dkt. Nos. 36, 37) |

The Court has reviewed Plaintiffs' Application for the Issuance of a Letter of Request for the Examination of Witness Felipe Ramirez Hernandez in Mexico (Dkt. No. 36); Plaintiffs' Application for the Issuance of a Letter of Request for the Examination of Witness Georgina Ballo Segura in Mexico (Dkt. No. 37); Defendants' Objections to Deposition Questions for Felipe Ramirez Hernandez (Dkt. No. 43); and Defendants' Objections to Deposition Questions for Georgina Ballo Segura (Dkt. No. 42).

In accordance with 28 U.S.C. § 1781 and Fed. R. Civ. P. 28(b), Plaintiffs' Applications for the Issuance of Letters of Request for the Examination of Felipe Ramirez Hernandez and

Georgina Ballo Segura (Dkt. Nos. 36, 37) are **GRANTED**, subject to the following conditions:

1. The Court will sign and issue the Letters of Request, attached as Exhibit A to the Applications for the Issuance of a Letters of Request for the Examination of Witnesses Felipe Ramirez Hernandez and Georgina Ballo Segura (Dkt. Nos. 36, 37).

2. The originals of the Letter Requests will be mailed by the Court to Plaintiffs' counsel for forwarding to the appropriate judicial authority in Mexico.

3. Prior to forwarding, Plaintiffs' counsel will translate the Letter Requests to Spanish in accordance with the Hague Evidence Convention, Art. 4. Plaintiff will then transmit the Letter Requests, together with the translation, to the Mexican Authority for execution in conformity with the Hague Evidence Convention, Art. 2.

4. Defendants' Objections to Deposition Questions for Felipe Ramirez Hernandez and Georgina Ballo Segura (Dkt. Nos. 42, 43) are preserved and may be asserted before the judicial authority in Mexico.

**IT IS SO ORDERED.**

Dated: September 8, 2011

NATHANAEL COUSINS
United States Magistrate Judge