FRANK M. PITRE (SBN 100077)
CHRISTOPHER LAVORATO (SBN 221034)
JESSICA L. CURIALE (SBN 271221)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fpitre@cpmlegal.com; clavorato@cpmlegal.com
nokcu@cpmlegal.com; jcuriale@cpmlegal.com

*Attorneys for Plaintiffs*

ROBERT F. KANE (SBN 71407)
**THE LAW OFFICES OF ROBERT KANE**
870 Market Street, No. 1128
San Francisco, California 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821
rkane1089@aol.com

*Attorneys for Plaintiffs*

Frank A. Silane (SBN 90940)
Jennifer J. Johnston (SBN 125737)
Richard A. Lazenby (SBN 202105)
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
fsilane@condonlaw.com;
jjohnston@condonlaw.com
rlazenby@condonlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE MONTES, an individual; and ISABEL MONTES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AERORÍAS DE MÉXICO, S.A. DE C.V., operating as AEROMÉXICO, a foreign corporation; and AEROMÉXICO CONNECT, a foreign corporation,<br><br>Defendants. | CASE NO. C 10-05194 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 26, 2011 MEDIATION DATE** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 26, 2011 MEDIATION DATE**

Counsel for Plaintiffs Felipe and Isabel Montes and for Defendants Aerovias De Mexico, S.A. de C.V. and Aeromexico Connect, in support of their Stipulation to Continue the September 26, 2011 Mediation Date state as follows:

1. Counsel for Plaintiffs and for Defendants conferred by telephone on September 15, 2011, and agreed to stipulate, and request the Court's approval, to continue the mediation dates for this matter.

2. Pursuant to the Court's Case Management Scheduling Order dated September 9, 2011, the trial date for this matter was continued from December 12, 2011 to March 12, 2012. A deadline to complete mediation was not provided by the Court.

3. Mediation for this matter was originally scheduled for September 26, 2011. In light of the trial continuance, the parties have jointly agreed to a new mediation date that has been scheduled on December 13, 2011.

4. The parties respectfully stipulate and jointly agree that the last day to mediate will be January 9, 2012.

**SO STIPULATED.**

DATED: September 26, 2011                **COTCHETT, PITRE & McCARTHY, LLP**

By:___/s/ *Christopher Lavorato*___
CHRISTOPHER LAVORATO
*Attorney for Plaintiffs*

DATED: September 26, 2011                **CONDON & FORSYTH, LLP**

By:_____/s/ *Frank Silane*_____
FRANK SILANE
*Attorney for Defendants*

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 26, 2011 MEDIATION DATE**

1

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown for the continuance of the mediation date, and last day to mediate, it is hereby ordered that last day to mediate this case will be Monday, January 9, 2011.

**IT IS SO ORDERED**

DATED: _9/27/11_____

_____
HONORABLE RICHARD SEEBORG
United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 26, 2011 MEDIATION DATE**

2