*E-Filed 12/19/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Felipe Montes, Isabel Montes,

          Plaintiffs,

  v.

Aerorias De Mexico, S.A. DE C.V., et al.,

          Defendants.

_____/

No. C 10-05194 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 6, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 9, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/19/11

                             RICHARD SEEBORG
                             UNITED STATES DISTRICT JUDGE