| | |
|---|---|
| FRANK M. PITRE (SBN 100077) <br> CHRISTOPHER LAVORATO (SBN 221034) <br> JESSICA L. CURIALE (SBN 271221) <br> **COTCHETT, PITRE & McCARTHY, LLP** <br> San Francisco Airport Office Center <br> 840 Malcolm Road, Suite 200 <br> Burlingame, California 94010 <br> Telephone: (650) 697-6000 <br> Facsimile: (650) 697-0577 <br> fpitre@cpmlegal.com; clavorato@cpmlegal.com <br> nokcu@cpmlegal.com; jcuriale@cpmlegal.com <br> *Attorneys for Plaintiffs* | |
| ROBERT F. KANE (SBN 71407) <br> **THE LAW OFFICES OF ROBERT KANE** <br> 870 Market Street, No. 1128 <br> San Francisco, California 94102 <br> Telephone: (415) 982-1510 <br> Facsimile: (415) 982-5821 <br> rkane1089@aol.com <br> *Attorneys for Plaintiffs* | Frank A. Silane (SBN 90940) <br> Jennifer J. Johnston (SBN 125737) <br> Richard A. Lazenby (SBN 202105) <br> **CONDON & FORSYTH LLP** <br> 1901 Avenue of the Stars, Suite 850 <br> Los Angeles, California 90067-6010 <br> Telephone: (310) 557-2030 <br> Facsimile: (310) 557-1299 <br> fsilane@condonlaw.com; <br> jjohnston@condonlaw.com <br> rlazenby@condonlaw.com <br> *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE MONTES, an individual; and <br> ISABEL MONTES, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AERORÍAS DE MÉXICO, S.A. DE C.V., <br> operating as AEROMÉXICO, a foreign <br> corporation; and AEROMÉXICO CONNECT, <br> a foreign corporation, <br><br> Defendants. | CASE NO. C 10-05194 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FEBRUARY 9, 2012 HEARING DATE** |

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FEBRUARY 9, 2012 HEARING DATE**

Counsel for Plaintiffs Felipe and Isabel Montes and for Defendants Aerovias De Mexico, S.A. de C.V. and Aeromexico Connect, in support of their Stipulation to Continue the February 9, 2012 Hearing Date jointly state as follows:

1. Whereas, counsel for Plaintiffs and for Defendants have met and conferred and agree to stipulate, and request the Court's approval, to continue the February 9, 2012 hearing regarding dismissal of the case.

2. Whereas, Pursuant to the Court's Standby Order dated December 19, 2011, the parties are required to file a stipulation of dismissal by February 6, 2012. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on February 9, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse and show good cause why the case should not be dismissed.

3. Whereas, Plaintiff has been negotiating all liens associated with this case since the matter settled at mediation on December 13, 2011.

4. Whereas, on January 18, 2012, Plaintiffs counsel negotiated a final reduced amount for Felipe Montes' lien with Gibson & Sharps on behalf of Healthcare Recoveries. Correspondence accepting the negotiated reduced amount was sent out and resolution of the lien is currently pending until the settlement proceeds have been received and payment and satisfaction of that lien has been confirmed.

5. Whereas, on January 24, 2012, Plaintiffs counsel negotiated a final reduced amount for Felipe Montes' lien with the Department of Healthcare Services (MediCal). Correspondence accepting the negotiated reduced amount was sent out and resolution of the lien is currently pending until the settlement proceeds have been received and payment and satisfaction of that lien has been confirmed.

6. Plaintiffs counsel is still in the process of negotiating the lien that Felipe Montes currently has with MediCare (MSPRC). On December 20, 2011 Plaintiffs counsel sent correspondence to MediCare requesting an updated payment summary form for Felipe Montes. On January 5, 2012 Plaintiffs counsel sent a follow up letter requesting a final settlement amount for Felipe Montes and provided MediCare with additional settlement information. On January 26, 2012

1  Plaintiffs counsel called MediCare and spoke to a representative, during which, the representative
2  indicated that the additional settlement information was received and it will take a minimum of 35
3  days for our office to receive a final settlement amount for Felipe Montes. Once this lien has been
4  negotiated and a reduced amount has been agreed upon, settlement proceeds have been distributed
5  and all liens have been resolved, the parties will file a stipulation of dismissal with the Court.

7  THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

9      The February 9, 2012 hearing regarding dismissal of the case be continued to a date,
10 no less than 45 days, to a date determined by Honorable Richard Seeborg.

12 **SO STIPULATED.**

14 DATED: February 2, 2012       **COTCHETT, PITRE & McCARTHY, LLP**

16        By:    /s/ *Christopher Lavorato*
17            CHRISTOPHER LAVORATO
           *Attorney for Plaintiffs*

20 DATED: February 2, 2012       **CONDON & FORSYTH, LLP**

22        By:    /s/ *Jennifer Johnston*
23            JENNIFER JOHNSTON
           *Attorney for Defendants*

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown for the continuance of the hearing date, a new hearing date shall be set for __March 29, 2012__ at __1:30__ am/pm in Courtroom 3, 17th Floor of the San Francisco Courthouse.

**IT IS SO ORDERED**

DATED: __2/2/12__   _____
HONORABLE RICHARD SEEBORG
United States District Judge